UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, ) | 1:06-CV-00332-OWW-DLB-P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| v. ) | |
| RODERICK Q. HICKMAN, et al., ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2006, defendants Hickman, Woodford, and Yates filed a motion for an extension of time until thirty days after the date of the Court's screening order in which to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants Hickman, Woodford, and Yates are granted an extension of time until thirty days from the date of the Court's screening order in which to file a response to the complaint..

IT IS SO ORDERED.

**Dated:   May 1, 2006**          **/s/ Dennis L. Beck**
3c0hj8                          UNITED STATES MAGISTRATE JUDGE