1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ALVIN GITTISRIBOONGUL
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5288
8   Fax:  (916) 324-5205

9  Attorneys for Defendants Hickman, Scribner,
   Woodford and Yates
10 SA2006300843

11                **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14

15  **ANTHONY R. TURNER,**                          1:06-cv-0332-OWW-DLB

16                              Plaintiff,          **ORDER**

17            **v.**

18  **RODERICK Q. HICKMAN, et al. ,**

19                              Defendants.

20

21        The Court finds there is good cause to grant Defendant Scribner's request to join

22  in the Notice of Removal, and for an extension of time to respond to Plaintiff's complaint.

23  Accordingly, Defendant Scribner shall have thirty days following service of the Court's screening

24  order to file and serve a response to the complaint.

25

26      IT IS SO ORDERED.

27      **Dated:    May 23, 2006**            _____/s/ **Dennis L. Beck**_____
    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE
28

                                  [Proposed] Order
                                        1